IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RENEE ROUSSEAU, )<br>PEGGY YOUNG GARNER, )<br>RHEBA SMITH SNOW, AND )<br>RHONDA SNOW, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE UNITED STATES )<br>OF AMERICA, )<br>)<br>Defendant. ) | Case No.: |

## COMPLAINT

Plaintiffs Renee Rousseau, Peggy Young Garner, Rheba Smith Snow and Rhonda Snow submit the following to this Court, seeking appropriate and reasonable compensation for injuries and damages resulting from a vehicular collision negligently caused by an employee of the United States of America (hereinafter "USA").

## JURISDICTION

1.      This action arises under the Federal Tort Claims Act (FTCA) 28 U.S.C., Sections 1346(b) and 2671-2680, and this Court has original jurisdiction over the proceeding as it is against Defendant, the USA.

2. Plaintiffs Renee Rousseau, Peggy Young Garner, Rheba Smith Snow and Rhonda Snow suffered injuries and damages as a result of the negligence of Vicki Renee McDonald, an employee of the United States Government Postal Service, while said employee was acting within the course and scope of her employment.

3. USA, if a private person, would be liable to Plaintiffs in accordance with the laws of the State of Alabama through the doctrine of *respondeat superior* and other applicable law. The United States of America is the proper defendant pursuant to 28 U.S.C., Sections 2674 and 2679.

4. Service of Process may be perfected by serving a copy of the Complaint and Summons to the United States Attorney for the Northern District of Alabama and forwarding a copy of same by Certified Mail, return receipt requested, to the Office of the Attorney General of the United States. Service is made on Defendant, United States of America, pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure.

## VENUE

5. Plaintiffs, Renee Rousseau, Peggy Young Garner, Rheba Smith Snow and Rhonda Snow, are citizens of and residents of the state of Alabama. At all times relevant herein, they resided and continue to reside in, and the collision in question occurred in, the judicial district of the Northern District of Alabama.

Venue is proper in the Northern District of Alabama pursuant to 28 U.S.C. Section 1402(b).

## FACTS

6. On February 12, 2021, Plaintiffs were traveling eastbound on Mount Olive Road when United States Postal driver, Vickie Renee McDonald's, mail truck crossed the centerline and collided with their vehicle.

7. This collision was due to Ms. McDonald's negligent and careless operation of her motor vehicle so as to cause it to collide with the vehicle driven by Renee Rousseau in which Peggy Young Garner, Rheba Smith Snow and Rhonda Snows were passengers.

8. Ms. McDonald was "the driver of a vehicle which crossed the center line while traveling westbound and struck the vehicle occupied by the Plaintiffs in their lane.

9. At the time of the collision, Vicki Renee McDonald was acting within the course and scope of her employment as a mail carrier for the United States Postal Service, an agency of Defendant USA.

10. Plaintiffs Renee Rousseau, Peggy Young Garner, Rheba Smith Snow and Rhonda Snow were in no way at fault for this collision. In fact, the investigating police officer noted the debris field and point of impact was in the eastbound lane, their lane. All witnesses agree the collision occurred when the

3

mail carrier went into the Plaintiffs' lane of traffic. The mail carrier was in the wrong.

11.     Due to this collision, Plaintiff Renee Rousseau experienced extensive injuries to her entire body, incurring medical bill at or in excess of $100,990.32. Her injuries include but are not limited to a right ankle sprain; shoulder and neck hematoma and chest wall and abdominal contusion.

12.     These injuries were noted upon an initial emergency room visit. She then followed up with her primary care physician Dr. Melanie Montgomery after continued pain, swelling and discoloration on the lateral aspect of the ankle. Dr. Montgomery immobilized her in a boot for a short time and then weaned her out of boot and followed with four (4) weeks of physical therapy at which time there were no changes.  An MRI of the right ankle was ordered by Dr. Montgomery and she was then referred to orthopedic surgeon, Dr. Jefferson Sabatini with The Orthopedic Center in Huntsville, Alabama.

13.     Upon her initial visit with Dr. Sabatini, Mrs. Rousseau had already exhausted a lot of her conservative options with boot immobilization, physical therapy and anti-inflammatories and it was Dr. Sabatini's suggestion that she have an ankle scope with Brostrom lateral ligament reconstruction, internal brace placement as well as peroneal tenosynovectomy and possible debridement and repair as well as excision of an anterior process of the calcaneus fracture nonunion

and possibly even a dorsiflexion wedge metatarsal osteotomy to help correct her cavus alignment and forefoot supination.

14.     On August 25, 2021 Dr. Sabatini performed a right ankle scope with dorisiflexion first metatarsal wedge osteotomy, Brostrom lateral ligament reconstruction, peroneus brevis tendon repair and excision of anterior process of the calcaneous fracture nonunion.

15.     Mrs. Rousseau returned to Dr. Sabatini on September 13, 2021 for stitch removal and was placed in a non-weight bearing in a short-leg cast and remained non-weight-bearing for another four (4) weeks.

16.     After a month of non-weightbearing Mrs. Rousseau's cast was removed with follow up x-rays where she was instructed to begin progressive weightbearing in a boot. On October 8, 2021 Mrs. Rousseau returned for her six-week post operative visit and four weeks of physical therapy was ordered.

17.     Mrs. Rousseau had a return visit with Dr. Sabatini on November 12, 2021 at which time she was released from his care on a return as needed basis. She was instructed to transition out of boot and ankle brace and progress to activities as tolerated. She completed her physical therapy on December 14, 2021. She still has residual effects and problems related to her injuries.

18.     Due to this collision, Plaintiff Peggy Young Garner who was 84 years old at the time of this accident experienced extensive injuries to her entire body, incurring medical bills at or in excess of $197,213.35.

19.     Upon arrival of the ambulance service, Mrs. Garnder was experiencing neck pain and tingling in hands. She was transported to University of Alabama Hospital in Birmingham. She sustained left shin bruising, chest tenderness, and a right shoulder abrasion. Imaging revealed sternal 5 & 6 rib fractures with a retrosternal hematoma. She was then returned to the trauma unit and an EKG and troponins were ordered. Mrs. Garner was admitted to the hospital for chest wall protocol and pain control. She has past medical history of dementia, hypertension and anxiety. She remained at UAB from the date of the motor vehicle accident until discharge on February 20, 2021, where she was transferred to the University of Alabama Hospital's Rehab facility for inpatient physical therapy. She completed her therapy and was released on March 5, 2021, with orders for home health care and wheelchair assistance. Kindred At Home, home health care visits, started on March 8, 2021, and continued through July 1, 2021.

20.     Mrs. Garner had a return visit to UAB Hospital via EMS on March 30, 2021. She was once again admitted to UAB Hospital for increasing weakness, falls, MRI of cervical neck, and follow up on cervical neck injuries. Mrs. Garner had not regained her full strength after the accident and was still wearing an Aspen

neck collar for central cord syndrome since her initial hospitalization of February 12, 2021. The attending physician felt that her symptoms were from her central cord syndrome, deconditioning while at home and development of a UTI. She was treated and released on April 3, 2021 with continued home health care physical therapy visits. She has residual effects form her injuries.

21.     Due to this collision, Plaintiff Rheba Smith Snow experienced extensive injuries to her entire body, incurring medical bills at or in excess of $85,208.55.

22.     Ms. Snow was 90 years old at the time of this accident and was a belted backseat passenger.  She was upgraded on arrival to the emergency department at University of Alabama Hospital to the trauma unit as a result of becoming confused.  She had stopped answering questions and was lethargic.  She had positive seatbelt sign, contusions to the left neck and right shoulder, chest wall tenderness, and T spine tenderness.  Imaging revealed acute sternal fracture with retrosternal hematoma, anterior abdominal wall contusion, pulmonary contusions, and right apical pneumothorax. Troponins and EKG were ordered.  She was admitted to ICU for serial abdominal exams and chest wall protocol. She suffered acute respiratory insufficiency requiring supplemental oxygen. Ms. Snow underwent intense imaging including a CT of chest with contrast, CT of abdomen and pelvis with contrast, and CT of chest without contrast.  She suffered a hepatic

laceration to the central aspect of her right liver lobe and a grade 2 splenic laceration, potentially life-threatening.

23. On February 14, 2021 Ms. Snow was moved from the ICU to a regular room at which time she remained confused and was still having chest pain on movement. Ms. Snow remained at UAB until February 15, 2021 at which time she was discharged home into care of a family member. She did have a follow up visit with her primary care physician on February 17, 2022.

24. Due to this collision, Plaintiff Rhonda Snow experienced injuries to her body. She visited her family physician for medical treatment. She has had residual effects from her injuries.

25. In the collision, Plaintiff Renee Rousseau's vehicle was destroyed. The vehicle's value at the time of its destruction was approximately $12,000.00.

## PROCEDURAL HISTORY

26. On July 22, 2021, Plaintiffs each filed Standard Forms 95 Claim for Damage, Injury, or Death pursuant to the provisions of the Federal Torts Claims Act, 28 U.S.C., Sections 136(b) and 2671-2680. These forms detailed the Plaintiffs' injuries and attached exhibits detailing their respective damages.

27. More than 6 months have passed, yet as of date of filing, the United States Postal Service had neither denied nor settled Plaintiffs' claims. It has, literally, not responded, not interviewed the Plaintiffs, and has made no effort to

bring these matters to conclusion. Filing of this suit is therefore authorized pursuant to 28 U.S.C. Section 2675(a). Some of the Plaintiffs are elderly, with acute medical conditions.

28. Plaintiffs have complied with all administrative requirements to assert this action, and all administrative remedies have been exhausted. Therefore, in compliance with 28 U.S.C. Section 2401(b), Plaintiffs now bring their cause of action herein against the United States of America.

## REQUEST FOR RELIEF

Plaintiffs request judgment against Defendant, United States of America, as follows:

a) Compensatory and general damages to fairly and reasonably compensate Plaintiffs for medical expenses already incurred due to the motor vehicle collision caused by Ms. McDonald.

b) physical impairment, physical disfigurement and/or scarring, and loss of enjoyment of life.

c) Compensatory and general damages to fairly and reasonably compensate Plaintiff Renee Rousseau for property damages incurred due to the motor vehicle collision caused by Ms. McDonald.

Specifically, Plaintiff Renee Rousseau seeks an award of compensatory damages in the amount of $500,000.00; and Plaintiff Peggy Young Garner seeks

an award of compensatory damages in the amount of $1,250,000.00; and Plaintiff Rheba Smith Snow seeks an award of compensatory damages in the amount of $1,250,000.00; and Plaintiff Rhonda Snow seeks an award of compensatory damages in the amount of $100,000.00.

Submitted this the 8th day of March 2022.

/s/ Gary V. Conchin
Gary V. Conchin (ASB-1263-C56G)
Attorney for Plaintiffs

/s/ Andrew F. Banks
Andrew F. Banks (ASB-3344-I37O)
Attorney for Plaintiffs

/s/ Kenneth B. Cole, Jr.
Kenneth B. Cole, Jr.(ASB-)0595-C56K)
Attorney for Plaintiffs

**OF COUNSEL**:

CONCHIN, COLE, JORDAN & SHERROD
2404 Commerce Court
Huntsville, AL 35801
P: (256) 705-7777
F: (256) 705-7778
Email: gary@alainjurylaw.com
Email: andrew@alainjurylaw.com

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL:**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
400 Meridian Street, Suite 304
Huntsville, Alabama 35801

_____
OF COUNSEL